# MARK S. WALLACH

### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202



December 8, 2010

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

        Re:    Gilbert Bucci
                  Diane L. Bucci
                  BK NO. 09-12177
                  Request to Deposit of Unclaimed Funds
                  into the United States Treasury

Dear Mr. Warren:

       Enclosed herewith please find my Trustee check in the amount of $4.63. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

       ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

       _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

       PRA Receivables Management LLC    $4.63    Claims Register #9

                                                      Very truly yours,

                                                      BY: Mark S. Wallach, Trustee

Enclosure